IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. : 7:12-CV-127-FL

| | |
|---|---|
| MEGAN DECKER ORTEGA; HANNAH BAKER; KAYLA M. SIEBERT; NICOLE DOZIER; and BROOKE STEWART-LAMPE, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY SERVICES, LLC, formerly known as Cingular Wireless Employee Services, LLC and AT&T MOBILITY LLC formerly known as Cingular Wireless, LLC, <br><br> Defendants. | ORDER |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before Thursday, June 13, 2013. In this limited instance, local counsel for plaintiffs is not required to execute said stipulation.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 29 day of April, 2013.

LOUISE W. FLANAGAN
United States District Judge

Case 7:12-cv-00127-FL   Document 35   Filed 04/29/13   Page 1 of 1